−21−

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| BAY MILLS INDIAN COMMUNITY, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. M 26-73 |
| ) | |
| STATE OF MICHIGAN, and its ) | |
| agents, A. GENE GAZLAY, Director ) | |
| of the Department of Natural ) | |
| Resources; DR. WAYNE H. TODY, ) | |
| Chief, Fisheries Division, ) | |
| Department of Natural Resources; ) | |
| GEORGE DAHL, Chief, Law Enforcement ) | |
| Division, Department of Natural ) | |
| Resources, and the Michigan ) | |
| Natural Resources Commission, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF HEARING

TO:    Jerome Maslowski
       Stewart H. Freeman
       Attorneys for Defendants

       Frank Spies
       Attorney for Plaintiff
       United States of America

Please take notice, that the undersigned will bring the Motion to Intervene on for a hearing before the Honorable Noel P. Fox at the Federal Building, City of Grand Rapids on the _____ day of _____, 1974, at _____ o'clock.

/s/ Thomas L. Smithson

THOMAS L. SMITHSON
Native American Rights Fund
1506 Broadway
Boulder, Colorado  80302
(303) 447-8760

ALAN W. HOUSEMAN
Michigan Legal Services
Assistance Program            WILLIAM JAMES
Wayne State University        Upper Peninsula Legal Services, Inc.
Law School Annex              213 West Spruce Street
Detroit, Michigan  48202      Sault Ste. Marie, Michigan  49783

Attorneys for Plaintiff-Intervenor
Bay Mills Indian Community