A F F I D A V I T

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA, et al.

        Plaintiffs.

-vs-

STATE OF MICHIGAN, et al.

        Defendants.

No. M 26-73 C.A.
U.S.D.C.

IN RE:  Deposition of DR. HELEN TANNER, taken Monday, April 4, 1977 and Tuesday, April 5, 1977, at Lansing, Michigan.

The attached corrections were requested by Dr. Tanner.

Correction listed as on page 467 seems to be contained on page 477.

The aforesaid transcripts have been filed with the appropriate Court along with a copy of the requested corrections.

Dorothy J. Falk, C.S.R., C.P., R.P.R.
Notary Public, Ingham County.
My Commission Expires: 5-23-78

Sandra Crowley, C.S.R., C.P., R.P.R.
Notary Public, Ingham County.
My Commission Expires:  1-22-79

IN WITNESS WHEREOF:

Notary Public, Ingham County.  My Commission Expires: 4-1-81

JEAN E. INGRAM & ASSOCIATES, INC.
MICHIGAN CERTIFIED COURT REPORTERS
623 FARMSTEAD
LANSING, MICHIGAN 48917
TELEPHONE: (517) 372-2254

*If there are questions, my office phone is: 312/ ~~943~~ 943-9090*

Attached is the Deposition of Dr. Tanner for signature.
If there should be corrections, please do not write on the
original.  Please list below the page number and line and
correction, plus the reason for the correction.  Thank you.

p. 362 line 20 - Should read inaccurate

p 389, line 8 - should read manuscript notebook (no comma

p 432. line 1. should read - damaged. That was   between]

p 436 line 23. should read Henry Rowe Schoolcraft

p 439 line 23 Should read we can, with care

p 454 - line 23 Should read ~~money~~ venture

p 460 - line 23 underline Wars of the Iroquois

p 462 - line 6 underline Jesuit Relations

p 462 line 8 + 9 underline Wars of the Iroquois

p 467, line 12, should read ~~the~~ in reading." on

p 467. line 16 should read .. Tribes." statfully burden diplomacy And one of

p 516 line 10 Should read There has not been a
great deal written (no matter WHAT THAT
TRANSCRIPT SAYS)

p 530 line 9 - Should read probable

~~p line 19 Should read Beate Ruckerstein~~

p 542 line 22 - Should read ... straight. The author is Robert Dickson;

p 544 line 2 - last word should be "and" (no 's)

p 545 line 19 - should read 1859

p 548, line 4 - delete "of" at end of line
" line 17 - should read ... said: And I'm sure ...
line 22 - should read .. "fisheries are noted in the legend ...

p 562 line 15 - delete first 5 words up to "area immediately,"
this is a repetition