UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

FILED

CLERK, U.S. DIST COURT
WESTERN DIST OF MICH

BY _____

UNITED STATES OF AMERICA, et al.,    )
                                     )
                Plaintiffs,          )
                                     )
        v.                           )   Civil Action No. M26-73
                                     )
STATE OF MICHIGAN, et al.,           )
                                     )
                Defendants.          )
_____)



PROPOSED PRELIMINARY INJUNCTION

The Court having heard on July 8th , 1977, plaintiff-
United States of America's and plaintiff-intervenors' Bay
Mills Indian Community and the Sault Ste. Marie Tribe of
Chippewa Indians motion for preliminary injunction, and being
fully advised in the premises,

IT IS ORDERED that the State of Michigan, officials
from the Department of Natural Resources, including but not
limited to George M. Dahl, and all persons in active concert
or participation with them

1) be enjoined and restrained from requiring state
licensed fish dealers to refrain from purchasing fish caught
by enrolled members of the Bay Mills Indian Community and
the Sault Ste. Marie Tribe of Chippewa Indians; and

2) be enjoined and restrained from refusing to forthwith
transmit a new directive to all those state licensed fish
buyers receiving a letter from George Dahl dated June 15, 1977,
notifying them of the Court's order regarding this preliminary
injunction.  Such directive rescinding the prior Dahl letter
shall be submitted to this Court within 48 hours from the

date of this injunction for approval prior to its transmission
to state licensed fish dealers.

Dated:  July 8th , 1977.

_____
UNITED STATES DISTRICT JUDGE