**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                      File No. 2:73-CV-26

and                                              Hon. Paul L. Maloney

BAY MILLS INDIAN COMMUNITY, SAULT
STE. MARIE TRIBE OF CHIPPEWA INDIANS,
GRAND TRAVERSE BAND OF OTTAWA AND
CHIPPEWA INDIANS, LITTLE RIVER BAND OF
OTTAWA INDIANS, and LITTLE TRAVERSE BAY
BANDS OF ODAWA INDIANS,

    Plaintiff-Intervenors,

vs.

STATE OF MICHIGAN, et al.,

    Defendants,

**ORDER GRANTING PARTIES' EXTENSION OF TIME FOR FILING PROPOSED**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

      On June 8, 2023, the Parties filed a joint Stipulation to Request Extension of Time for Filing Proposed Findings of Fact and Conclusions of Law. Upon due consideration of the Stipulation by the Court: IT IS HEREBY ORDERED that this Court's June 1, 2023 Order (ECF 2114) is amended to allow the Parties and *amicus curiae*, the Coalition to Protect Michigan Resources, to file proposed findings of fact and conclusions of law fourteen days after delivery of the May 24-25, 2023 hearing transcript.

Dated:  June 13, 2023                                             /s/ Paul L. Maloney
                                                                           Hon. Paul L. Maloney
                                                                           U.S. District Judge