UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 2:73-cv-26 |
| | ) | |
| and | ) | Honorable Paul L. Maloney |
| | ) | |
| BAY MILLS INDIAN COMMUNITY, SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS, GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS, LITTLE RIVER BAND OF OTTAWA INDIANS, and LITTLE TRAVERSE BAY BANDS OF ODAWA INDIANS, | ) ) ) ) ) ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| STATE OF MICHIGAN, et al., | ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING THE 2023 GREAT LAKES FISHING DECREE

In accordance with the accompanying Opinion entered on this date,

**IT IS HEREBY ORDERED** that the Court **APPROVES** and **ENTERS** the proposed 2023 Great Lakes Fishing Decree (ECF No. 2042-1). The signed Decree shall be entered contemporaneously with this Order.

**IT IS FURTHER ORDERED** that the objections to the proposed 2023 Great Lakes Fishing Decree (ECF Nos. 2062, 2077) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Sault Ste. Marie Tribe of Chippewa Indians' motion to reconsider the indefinite extension of the 2000 Great Lake Fishing Consent Decree (ECF No. 2046) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

Date:  August 24, 2023                                        /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge