## APPENDIX C

*Maps Depicting the Grids, Management Units, Statistical Districts, Zones, and Various Other Areas Described in the Consent Decree*

Maps for general reference only; refer to text of Consent Decree for specific provisions.

Appendix C: Maps



Map 1. Lake Michigan Grids and Statistical Districts.

APPENDIX C
Proposed Decree
Source: Maps
Page 2 of 27



Map 2. Lake Huron Grids and Statistical Districts.

APPENDIX C
Proposed Decree
Source: Maps
Page 3 of 27



Map 3. Lake Superior Grids and Lake Trout Management Units.



Map 4. Lake Michigan Lake Whitefish Management Units.



Map 5. Lake Huron Lake Whitefish Management Units.

APPENDIX C
Proposed Decree
Source: Maps
Page 6 of 27



Map 6. Lake Superior Lake Whitefish Management Units.



Map 7. Lake Michigan Tribal Fishing Zones.

APPENDIX C
Proposed Decree
Source: Maps
Page 8 of 27



Map 8. Northern Lake Michigan Inter-Tribal Fishing Zone.

APPENDIX C
Proposed Decree
Source: Maps
Page 9 of 27



Map 9. Bay de Noc Zone.

APPENDIX C
Proposed Decree
Source: Maps
Page 10 of 27



Map 10. Little Traverse Tribal Zone.



Map 11. Little Traverse and Grand Traverse Salmon Zones.

APPENDIX C
Proposed Decree
Source: Maps
Page 12 of 27



Map 12. Lake Michigan Northern Development Zone and Grand Traverse Tribal Zone.



Map 13. Northport Bay Yellow Perch Closure.

APPENDIX C
Proposed Decree
Source: Maps
Page 14 of 27



Map 14. Little River Tribal Zone and Southern Lake Michigan Development Zone.

APPENDIX C
Proposed Decree
Source: Maps
Page 15 of 27



Map 15. Lake Huron Fishing Zones.

APPENDIX C
Proposed Decree
Source: Maps
Page 16 of 27



Map 16. Sault Tribe Tribal Zone.

APPENDIX C
Proposed Decree
Source: Maps
Page 17 of 27



Map 17. Lake Superior Inter-Tribal Fishing Zone.



Map 18. Lake Superior State Commercial Fishing Zones.



Map 19. Lake Michigan State Commercial Fishing Zones.

APPENDIX C
Proposed Decree
Source: Maps
Page 20 of 27



Map 20. St. Marys River Closure.

APPENDIX C
Proposed Decree
Source: Maps
Page 21 of 27



Map 21. Les Cheneaux Islands Closure.



Map 22. Au Train and Munising Bay Closures.



Map 23. Big Reef and Stannard Rock Closures.



Map 24. St. James Harbor Closure.

APPENDIX C
Proposed Decree
Source: Maps
Page 25 of 27



Map 25. Hammond Bay Harbor Closure.

APPENDIX C
Proposed Decree
Source: Maps
Page 26 of 27



Map 26. Rogers City Harbor Closure.

APPENDIX C
Proposed Decree
Source: Maps
Page 27 of 27



Map 27. Lake Superior Lake Trout Management Unit MI-8.